E-FILED
Monday, 12 September, 2016  10:16:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEPHEN C. PARRATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 15-2091 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| *suing as Carolyn W. Colvin,* | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A Report and Recommendation (#17) was filed by Magistrate Judge Eric I. Long in the above cause on August 15, 2016, recommending that plaintiff's motion for summary judgment (#13) be denied and defendant's motion for summary judgment (#16) be granted and that the decision to deny benefits be affirmed. On September 1, 2016, the plaintiff filed his objection (#21) to the Magistrate Judge's Report and Recommendation asking the court to reject the Report and Recommendation, grant plaintiff's motion for summary judgment, vacate the decision of the Administrative Law Judge ("ALJ") and remand the matter back to the ALJ.

The Court has thoroughly reviewed the report and recommendation and objection thereto and agrees with the recommendation of the Magistrate Judge. Therefore, the recommendation of the Magistrate Judge is accepted by the court. See Video Views, Inc.  v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

   IT IS THEREFORE ORDERED THAT:

(1)   The Report and Recommendation (#17) is accepted by this court.

(2)   The plaintiff's Motion for Summary Judgment (#13) is DENIED.

(3)   The defendant's Motion for Summary Judgment (#16) is GRANTED.

(4)   The decision to deny benefits is AFFIRMED.

(5)   This case is terminated.

Entered this 12th day of September, 2016.

s/ Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE